**No. 46188.**—Protests 39097–K, etc., of Abercrombie & Fitch Co. et al. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of silk mufflers, ties, and handkerchiefs similar to those the subject of *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441). In accordance therewith the merchandise was held not subject to countervailing duty and the protests were sustained to that extent.